UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV1012 HEA |
| | ) | |
| 2006 FORD F-350, | ) | |
| VIN: 1FTWW31PX6EB88110, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF CASE STATUS

Comes now, the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said district, and states as follows:

1.   On May 24, 2013, the United States of America filed a Verified Complaint for Forfeiture regarding the defendant property.

2.   On July 9, 2013, a claim was filed for the defendant property by Johnathan White.

3.   On August 27, 2013, an unopposed motion to stay the civil proceedings was granted by this Honorable Court, pending the resolution of the criminal case.

4.   On June 18, 2014, this Honorable Court ordered that a status report regarding the instant action and the criminal case be filed with the court by June 25, 2014.

5.   The facts and circumstances supporting the stay of the instant action are still present. Due to the discovery requirements in the instant case, civil discovery may adversely affect the ability of the Government to prosecute the criminal case.   Continuation of this proceeding may also place unnecessary burdens on the defendants' rights against self-incrimination.

WHEREFORE, the Government respectfully requests that this Honorable Court continue the stay in this cause pursuant to Title 21, United States Code, Section 881(i) and Title 18, United States Code, Section 981(g)(1).

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        */s/ Stephen Casey*
        STEPHEN CASEY, #58879MO
        Assistant United States Attorney
        111 South Tenth Street, 20th Floor
        St. Louis, Missouri 63102
        (314) 539-2200

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2014 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Courts electronic filing system upon all counsel of record.

*/s/ Stephen Casey*
STEPHEN CASEY, #58879MO
Assistant United States Attorney